ROSA FISCHER, Appellant, v. CLIFFORD C. FISCHER, Respondent.— Order

modified by striking out provision for trial of issue of condonation first, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.